■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS VAZQUEZ, Appellant. [865 NYS2d 588]—Judgment, Supreme Court, New York County (James A. Yates, J.), rendered on or about December 6, 2007, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Catterson, McGuire, Acosta and DeGrasse, JJ.